IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JERRY D. VICTOR, | ) | BANKRUPTCY CASE NO: |
| | ) | 13-00461-TOM-7 |
| Debtor. | ) | |

**TRUSTEE'S MOTION FOR AUTHORITY TO SELL PROPERTY OF
THE ESTATE FREE AND CLEAR OF LIENS AND OTHER INTERESTS**

Pursuant to Bankruptcy Code §363(f) and Bankruptcy Rules 2002(a)(2), (c)(1) and 6004(c), James G. Henderson ("Trustee"), moves this Court for authority to sell at public auction the property of the estate described below.

The proposed sale is other than in the ordinary course of business. The Property is not all or substantially all of the Debtor's personal property.

PUBLIC AUCTION

1. The public auction will be conducted by Asset Liquidators, Inc., 1800 Triple H Ranch Road, Bessemer, Alabama on June 11, 2013 beginning at 10:00 a.m. and continuing until concluded.

2. The property to be auctioned consists of the following:

   a. 1968 Chevrolet Camaro, VIN: 124378N307125
   b. Ford Model A, Serial #: A3696286 exact year unknown
   c. Plymouth Barracuda in race car configuration with no VIN report evidencing same is attached hereto as Exhibit A.
   A picture of said vehicle is attached as Exhibit B.
   (the "Property")

3. The Trustee is informed and believes that these are non-titled vehicles.

4. The Trustee is informed and believes that the Property is owned by the debtor and not subject to any liens except as set out below.

5. This belief is based on the debtor's petition, the judgment and tax lien search for Shelby County attached hereto as Exhibit C and the judgment and tax lien search for Dallas County attached hereto as Exhibit D.

6. All property of the debtor will be sold "as is", "where is" with no warranties of any kind.

7. The judgment and lien searches (Exhibits C and D) indicate there are no potential liens against the Property.

WHEREFORE, Trustee moves that this Court:

(a) Order and direct that service of this motion be made and certified in accordance with Bankruptcy Rule 9014 on lien creditors; and order pursuant to Bankruptcy Rule 2002(a)(2) that notice be given and certified to all creditors and indenture trustees; and

(b) Order the parties named herein as having a lien on or interest in the Property to file an answer to this motion; and

(c) Set as required by Bankruptcy Rule 6004(c) and 2002(a)(2) and (c)(1) the date, time and place of hearing on this motion and the time within which objections to the proposed sale may be filed and served on the attorney for Trustee; and

(d) At such hearing, to Approve and Confirm the proposed sale by public sale and authorize Trustee to sell and convey the property to the purchaser on the terms and conditions proposed herein by execution of a Trustee's Bill of Sale to consummate the proposed sale and transfer of the Property to the purchaser(s); and

(e) At such hearing, to Order that the liens and interests of the parties named herein attach to the proceeds received by the estate from the sale to the same extent and

to the same priority they have against the Property; and

(f) If, at such hearing, it should appear that parties having or claiming a lien on or interest in the Property disagree about the validity, priority or extent of such liens or interests, to approve and confirm the sale nevertheless and to order the Trustee to hold the consideration until the disagreement can be resolved in an adversary proceeding brought pursuant to Bankruptcy Rule 7001(2); and

(g) To grant such other, further and different relief as may be proper in the premises to effect the sale of the property and to distribute the proceeds derived from the sale to the persons or entities entitled thereto.

    Respectfully submitted,

/s/William Dennis Schilling
William Dennis Schilling
Attorney for Trustee

OF COUNSEL:

William Dennis Schilling
Attorney at Law
P. O. Box 55147
Birmingham, AL 35255-5147
(205) 328-0464
(205) 328-6996 fax
wdschilling@bham.rr.com